UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher Wilkening,                                           Civ. No. 20-1574 (PAM/ECW)

                            Plaintiff,

v.                                                           **MEMORANDUM AND ORDER**

US Department of Education,
Justice Department Debt Collection
Services, and US Department of
Education – National Payment Ctr/Fed
Loan Servicing,

                            Defendants.

_____

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright dated December 13, 2021. (Docket No. 6.)  The R&R recommends that Plaintiff Christopher Wilkening's Complaint be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error.  The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1.      The R&R (Docket No. 6) is **ADOPTED**; and

2.      The Complaint (Docket No. 1) is **DISMISSED without prejudice** for failure

to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Wednesday, December 29, 2021

_s/ Paul A. Magnuson_
Paul A. Magnuson
United States District Court Judge